# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

DARRYL WILSON,

                Plaintiff,

        v.                                  Civil No. 07-944-HO

COMMISSIONER, SOCIAL SECURITY
ADMINISTRATION,

                Defendant.

## JUDGMENT

Pursuant to sentence four of 42 U.S.C. §405(g), this action is reversed and remanded to the Commissioner for further administrative proceedings.

Dated: April __21__, 2008

                                               /s/ Michael R. Hogan
                                             United States District Judge

**JUDGMENT**                                    **DOCUMENT NO:** _____